# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D2023-4138
Lower Tribunal No. 08CF-20919B

————————————————

TIMMY ROEL BEWRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

November 25, 2025

PER CURIAM.

   AFFIRMED.

STARGEL, SMITH and GANNAM, JJ., concur.


Robin F. Hazel, of Hazel Law, P.A., Hollywood, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED